IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

PAUL N. SENG, )
)
*Plaintiff* ) Civil Action No. 5:13-cv-699-BO
)
v. )
)
JPMORGAN CHASE BANK, N.A., )
)
*Defendant.* )

## ORDER GRANTING CONSENT MOTION TO STAY THE ACTION PENDING RESOLUTION BY THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION OF THE PENDING MOTION TO TRANSFER

THIS MATTER is before the Court on the Defendant's Agreed to Motion to Stay the Action Pending Resolution by the Judicial Panel on Multi-District Litigation of Plaintiff's Pending Motion to Transfer ("Motion To Stay"). After due consideration, it is hereby ORDERED AND ADJUDGED that the Motion to Stay is hereby GRANTED as follows:

1. This action is stayed pending a determination by the Judicial Panel on Multi-District Litigation of the pending Motion For Transfer And Consolidation OF Related Actions To The District Of Rhode Island Pursuant to 28 U.S.C. § 28 U.S.C. 1407.

2. Counsel shall immediately file with this Court any Orders from the Judicial Panel on Multi-District Litigation pertaining to this action.

3. The Clerk of the Court shall CLOSE this case for administrative purposes.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this ___ day of October, 2013.

TERRENCE W. BOYLE, JUDGE
UNITED STATES DISTRICT COURT